# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:11CR216 |
| vs. | ) ORDER FOR DISMISSAL |
| HEATHER L. DEPUY, | ) |
| Defendant. | ) |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 14).  The Court, being duly advised in the premises, finds said Motion should be granted.

**IT IS HEREBY ORDERED:**

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Information filed herein as to the Defendant, HEATHER L. DEPUY.

2. The Information filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, HEATHER L. DEPUY.

Dated this 4th day of October, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge